FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2015 SEP 30 PM 2:34

_____Ocala_____ Division

# CIVIL RIGHTS COMPLAINT FORM

__Netgyne Morancy__
__K95793__
(Enter full name of each Plaintiff
and prison number, if applicable)

CASE NUMBER: __5:15-CV-504-Oc-__
(to be supplied by Clerk's Office) __10 PRL__

v.

__Sgt Russell Jones__
_____
_____
(Enter full name of each Defendant.
If additional space is required, use
the blank area directly to the right)

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: __Lowell Annex C.I__
   (Indicate the name and location)
   __11120 N.W Gainesville Rd Ocala Fl 34482__

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?
    Yes (✓)   No ( )

If your answer is YES, after reviewing the exhaustion requirements, answer the following questions:

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act of 1995, Title VIII, Section 803, Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. 1983 or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify

1

exhaustion. (If your Complaint concerns conditions at State Prison Facilities, you must answer the following questions in Section II of this form. If the complaint concerns conditions at a County Jail or local correctional facility, you must complete Section III of this form).

## EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

### General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

### Other Grievances.

Inmates are not required to utilize the Informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

### Questions:

A. <u>Emergency Grievance, Grievance of Reprisal, Grievance of a Sensitive Nature, Grievance Alleging Violation of the Americans with Disabilities Act, Medical Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).</u>

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( )   No (✓)

   2. If so, you must attach a copy of the grievance and response to this Complaint Form.

   3. Were you denied emergency status? Yes ( )   No (✓)

       a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( )   No ( )

       b. If so, you must attach copies of the grievance/appeals and responses to this Complaint Form.

2

B. <u>Informal Grievance</u> (Request for Interview)

1. Did you submit an informal grievance (Form DC30995)? Yes ( ) No (✓)

2. If so, you must attach a copy of the grievance and response to this Complaint Form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing regarding this matter? Yes ( ) No (✓)

2. If so, you must attach a copy of the disciplinary report worksheet and disciplinary committee's findings and decision to this Complaint Form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (✓)

4. If so, you must attach a copy of the grievance and response to this Complaint Form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (FormDC1-303)? Yes ( ) No (✓)

2. If so, you must attach a copy of the appeal and response to this Complaint Form.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.**

Signed this September day of 16, 2015.

_Netejyne Morewcey_
Signature of Plaintiff

3

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes ( )  No (✓)

If your answer is YES, answer the following questions:

A. Is there a grievance procedure at your institution or jail? Yes ( )  No (✓)

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( )  No (✓)

C. If your answer is YES:

1. What steps did you take? _____

2. What were the results? _____

3. To demonstrate exhaustion, you must submit copies of all relevant grievance appeals and responses.

D. If your answer is NO, explain: I was unable to submit a grievance due to being in SHOS.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.**

Signed this ___Sept___ day of ___16___, 20_15_.

_____Netophe Morency_____
Signature of Plaintiff

4

IV. <u>PREVIOUS LAWSUITS:</u>

A. Have you initiated other lawsuits in <u>State Court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in <u>Federal Court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper using the same format.

   1. Parties to previous lawsuit:
      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

   2. Court (if Federal Court, name the district; if State Court, name the County):
      _____

      _____

   3. Docket Number: _____

   4. Name of Judge: _____

   5. Briefly describe the facts and basis of the lawsuit: _____

      _____

      _____

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
      _____

   7. Approximate filing date: _____

   8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in Federal Court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify these suits below by providing the case number, the style, and the disposition of each case:

_____
_____
_____
_____

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Netgune Morancy

   Mailing address: FWRC 3760 N.W 111th place Ocala Fl 34482 or home P.O Box 1621 Ft.pierce Fl 34954

B. Additional Plaintiffs: _____
_____
_____

In part C of this section, indicate the full name of the first Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Sgt Russell Jones

   Mailing Address: 11120 N.W Gainesville Rd Ocala Fl 34482

   Position: Sgt

   Employed at: Lowell Annex C.I

D. Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

E. Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

F. Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

G. Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

VI. **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Complaint Form.

_____
_____
_____
_____
_____
_____

VII. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. Do not make any legal arguments or cite any cases or statutes. State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s)
3. Place(s)
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s).

On August 29, 2015 while in SHOS cell T1105 I inmate Morancy, Wetgune h85793 was abused with excessive force by Sgt R. Jones. While laying flat on my stomach waiting to be assess by nursing Sgt Russell Jones punched me in my right side of my face causing a knot, swelling also a cut under my right eye. He then started twisting my left ear and pressure pointing my neck to where I started screaming what he was doing so that the camera operator could hear

Statement of Facts, continued:

me. Once I arrived at FWRC I was able to write a statement and photos were taken of my face.

VIII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes:

I would like a lawsuit of payment regarding the excessive force that was used against me.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this  Sept  day of  16 , 20 15 .

_____
(Signatures of all Plaintiffs)